# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Ameen A. Muhammad, <br> *Plaintiff* <br> v. <br> CCOH or CCHM; H. Drayton *Director in his/her individual and official capacity*; Theodolph Jacobs *Doctor in his individual and official capacity*; O'Brien *Doctor in his/her individual and official capacity*; G. Williams *Doctor in his/her individual and official capacity*; John Doe, <br> *Defendants*. | ) ) ) ) ) | Civil Action No. 1:19-cv-03489-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Ameen A. Muhammad, shall take nothing of the defendants, CCOH or CCHM, H. Drayton *Director in his/her individual and official capacity*, Theodolph Jacobs *Doctor in his individual and official capacity*, O'Brien *Doctor in his/her individual and official capacity*, G. Williams *Doctor in his/her individual and official capacity* and John Doe, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, agreeing with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: February 20, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*